SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
lmaechtlen@seyfarth.com
Pritee K. Thakarsey (SBN 266168)
pthakarsey@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendant
TARGET CORPORATION


COSTANZO LAW FIRM
Lori J. Costanzo (SBN 142633)
Gabrielle J. Korte (SBN 209312)
111 North Market Street, Suite 910
San Jose, CA 95113
Telephone:     (408) 933-8493
Facsimile:      (408) 9338496

Attorneys for Plaintiff
JOSEPHINA ESTRADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINA ESTRADA,<br><br>                Plaintiff,<br><br>        v.<br><br>TARGET CORPORATION, SHARITO ROJAS, SALVADOR ARAGON, MARTHA AQUILAR, INDIVIDUALS and DOES 1-15,<br><br>                Defendant. | Case No. 5:14-CV-01516-HRL<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER**<br><br>[Re:  Dkt. 18] |

IT IS HEREBY STIPULATED by and between Plaintiff Josephina Estrada and Defendant Target Corporation, through their respective counsel of record, that the above-captioned action be dismissed, WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party will bear its own fees and costs in connection with this action.

DATED: October 1, 2014

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____/s/ Pritee K. Thakarsey_____
    Laura J. Maechtlen
    Pritee K. Thakarsey
Attorneys for Defendant
TARGET CORPORATION

DATED: October 1, 2014

Respectfully submitted,

COSTANZO LAW FIRM

By: _____/s/ Lori J. Costanzo_____
    Lori J. Costanzo
    Gabrielle J. Korte
Attorneys for Plaintiff
JOSEPHINA ESTRADA

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Pritee K. Thakarsey, attest that concurrence in the filing of this document has been obtained from the signatory Lori J. Costanzo.

Executed this 1st day of October, 2014 in San Francisco, California.

By: ____/s/ Pritee K. Thakarsey___
    Pritee K. Thakarsey

## **ORDER**

IT IS SO ORDERED.  **The clerk shall close the file.**

Date: October 2, 2014

_____
HON. MAGISTRATE HOWARD R. LLOYD

1

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER
CASE NO. 5:14-CV-01516-HRL